**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**



Shauntez A. Day,
Plaintiff,

v.

MidFirst Bank; Midland Mortgage; Quality Loan Service Corporation; McCarthy & Holthus LLP,
Defendants.

Civil Action No. **2:25-cv-00885-JAD-NJK**

# NOTICE OF TRUSTEE SALE FILED IN VIOLATION OF FEDERAL PENDING ACTION

COMES NOW, the Plaintiff, Shauntez A. Day, a private American national and real party in interest, and hereby enters this Notice of Trustee Sale Filed in Violation of Pending Federal Litigation, respectfully showing the Court as follows:

On May 21, 2025, Plaintiff initiated the above-entitled action in the United States District Court, District of Nevada, under Civil Action No. 2:25-cv-00885-JAD-NJK, asserting claims involving unlawful foreclosure, wrongful securitization, violations of the Fair Debt Collection Practices Act (FDCPA), and constitutional deprivations regarding real property located at 6855 Desert Island St., Las Vegas, NV 89149 (Parcel/APN No. 125-19-615-031).

In accordance with Nevada law and the Rules of Civil Procedure, Plaintiff recorded a Lis Pendens and Judicial Affidavit of Fact in the Clark County Recorder's Office on May 30, 2025, under valid instrument number, publicly notifying all parties of the pending litigation concerning title and equitable rights in the subject property.

Despite this official record of pending litigation, Defendant Quality Loan Service Corporation, acting as trustee and/or agent for Defendant MidFirst Bank, unlawfully recorded a Notice of Trustee Sale (NTS) on June 4, 2025, Clark County Instrument No.

**202506040004286**, scheduling a trustee's sale in direct violation of the Plaintiff's recorded Lis Pendens and in contravention of the Court's jurisdiction over the matter.

The continued pursuit of foreclosure or transfer of interest during this pending federal action constitutes a willful disregard of judicial process and may be deemed interference with the jurisdiction of this Court, including the equitable and statutory claims presently before the Court.

Plaintiff files this Notice to:
1. Provide the Court with formal notice of this development;
2. Preserve federal jurisdiction over the subject matter and prevent irreparable harm;
3. Place all defendants and their agents on record as acting in bad faith and with unclean hands, despite active and recorded litigation.

RELIEF SOUGHT:
Plaintiff respectfully requests that:
A. This Notice be entered into the official case file; and
B. The Court take judicial notice of the Clark County Recorder's Instrument No. **202506040004286**; and
C. The Defendants be cautioned that any attempt to proceed with a trustee's sale may constitute contempt of this Court's jurisdiction and result in a motion for emergency injunctive relief.

Respectfully submitted,

/s/ Shauntez A. Day
Shauntez A. Day
Plaintiff, in Propria Persona
6855 Desert Island St.
Las Vegas, NV 89149
Email: tezzi80@gmail.com
Phone: (702) 403-6163

Dated this 9th day of June, 2025.

## EXHIBIT D

*(Certified Notice of Trustee Sale recorded June 4, 2025 – Clark County Instrument No. 202506040004286)*

APN No.: 125-19-615-031
Recording requested by:

When recorded mail to:
Quality Loan Service Corporation
2763 Camino Del Rio South
San Diego, CA 92108

Inst #: 20250604-0004286
Fees: $42.00
06/04/2025 04:00:05 PM
Receipt #: 5912295
Requestor:
Visionet Systems McCarth
Recorded By: ROCHI   Pgs: 2
Debbie Conway
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD

TS No.: NV-25-1006140-CL
Order No.: FIN-25000192

Space above this line for recorders use only

It is hereby affirmed that this document submitted for recording does not contain the social security number of any person or persons. (Per NRS 239B.030).

# NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 10/7/2019. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank and authorized to do business in this state, will be held by duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

**BENEFICIARY MAY ELECT TO BID LESS THAN THE TOTAL AMOUNT DUE.**

Trustor(s):     **Shauntez A. Day, a single man**
Recorded:      **10/24/2019** as **Instrument No. 20191024-0000558**     of Official Records in the office of the Recorder of **CLARK** County, Nevada;

Date of Sale:   **7/11/2025 at 09:00 AM**
Place of Sale:  **At the Front Entrance of Nevada Legal News, 930 S. Fourth St, Las Vegas, NV 89101**

Amount of unpaid balance and other charges: **$511,984.18**
The purported property address is:     **6855 DESERT ISLAND ST, LAS VEGAS, NV 89149**

This property is sold as-is, lender is unable to validate the condition, defects or disclosure issues of said property and buyer waives the disclosure requirements under NRS 113.130 by purchasing at this sale and signing the receipt of sale. The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale.

If the sale is set aside for any reason, including if the Trustee is unable to convey title, the Purchaser at

the sale shall be entitled only to a return of the monies paid to the Trustee. This shall be the Purchaser's sole and exclusive remedy. The purchaser shall have no further recourse against the Trustor, the Trustee, the Beneficiary, the Beneficiary's Agent, or the Beneficiary's Attorney.

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holder's rights against the real property only.

**QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**
TS No.: NV-25-1006140-CL

Date:

6/3/2025

Quality Loan Service Corporation
2763 Camino Del Rio South
San Diego, CA 92108
619-645-7711 For NON SALE information only
Sale Line: 800-280-2832
Or Login to: http://www.qualityloan.com
Reinstatement Line: (866) 645-7711 Ext 5318

Quality Loan Service Corporation, By: Maricela Mercado, Assistant Secretary

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of: **California**)

County of: **San Diego**)

On **JUN 0 3 2025** before me, **A. Pilgram** a notary public, personally appeared **Maricela Mercado**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under *PENALTY OF PERJURY* under the laws of the State of **California** that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.           (Seal)

*A. Pilgram*
Signature        **A. Pilgram**

A. PILGRAM
Notary Public • California
San Diego County
Commission # 2517622
My Comm. Expires May 14, 2029