# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHAUNTEZ DAY,

    Plaintiff,

v.

MIDFIRST BANK et al.,

    Defendants.

Case No. 2:25-cv-00885-JAD-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by September 5, 2025.

    IT IS SO ORDERED.

    Dated: August 29, 2025

_____
Nancy J. Koppe
United States Magistrate Judge